IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HEIDI SPAHN,

    Plaintiff,

v.                                C.A. No.: 1:19-cv-426-LY

P.E.S. ENTERPRISES, INC., d/b/a CAPITOL
COURIER, PAUL E. SWOPE, NORLYN
ENTERPRISES, INC, d/b/a DILIGENT DELIVERY
SERVICE,

    Defendant.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, HEIDI SPAHN, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby gives notice of the dismissal, with prejudice, of all claims asserted herein against Defendants, P.E.S. ENTERPRISES, INC., d/b/a CAPITOL COURIER, PAUL E. SWOPE, and NORLYN ENTERPRISES, INC, d/b/a DILIGENT DELIVERY SERVICE, in this action.

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing upon the following via U.S. Mail, First Class on July 8, 2019:

P.E.S. ENTERPRISES, INC., d/b/a CAPITOL COURIER
**c/o PAUL E. SWOPE, Registered Agent**
4109 Todd Ln. #1400
Austin, TX 78744

**PAUL E. SWOPE**
4109 Todd Ln. #1400
Austin, TX 78744

**NORLYN ENTERPRISES, INC,**
**D/B/A DILIGENT DELIVERY SERVICE**
c/o CT Corporation System
1999 Bryan St. Suite 900
Dallas, TX 75201-3136

**Maurice Lee Bresenhan, Jr.**
Zukowski, Bresenhan & Piazza LLP
1177 West Loop South #950
Houston, TX  77027

**Betsy Hall Bender**
Attorney at Law
PO Box 340505
Austin, TX 78734-0505

Dated this July 8, 2019.

                                        */s/ Charles L. Scalise*
                                        **CHARLES L. SCALISE**
                                        Texas Bar No. 24064621
                                        **ROSS • SCALISE LAW GROUP**
                                        1104 San Antonio Street
                                        Austin, Texas 78701
                                        (512) 474-7677 - Telephone
                                        (512) 474-5306 - Facsimile
                                        Email:       charles@rosslawpc.com

                                        **ATTORNEY FOR PLAINTIFF**