IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HEIDI SPAHN,

    Plaintiff,

v.                                                                          C.A. No.: 1:19-cv-426-LY

P.E.S. ENTERPRISES, INC., d/b/a CAPITOL COURIER,
PAUL E. SWOPE, NORLYN ENTERPRISES, INC, d/b/a
DILIGENT DELIVERY SERVICE,

    Defendant.

_____/

## ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE

On this day, came on to be heard the Notice of Dismissal with Prejudice filed by the Plaintiff.

IT IS ORDERED, that all claims asserted by Plaintiff, HEIDI SPAHN, against Defendants, P.E.S. ENTERPRISES, INC., d/b/a CAPITOL COURIER, PAUL E. SWOPE, and NORLYN ENTERPRISES, INC, d/b/a DILIGENT DELIVERY SERVICE, in this action are hereby dismissed, **with prejudice**, each Party bearing their own attorney's fees and costs.

Signed this 9th day of July, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE